882 A.2d 1002

**L.A.'S HAIRTRENDS, INC., Respondent**

**v.**

**Gina TOMAN, Formerly known as Gina Krepak, Rebecca Howze, Formerly known as Rebecca Lichtenwalner and Luann Horvath, t/d/b/a The Plaza Salon, Petitioners.**

Supreme Court of Pennsylvania.

Aug. 26, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of August 2005, the Petition for Allowance of Appeal is hereby **STAYED** with respect to Gina Toman, formerly known as Gina Krepak, due to her filing of a Petition for Bankruptcy in the U.S. Bankruptcy Court of the Eastern District of Pennsylvania at Docket No. 04–26257.

The Petition for Allowance of Appeal is hereby **DENIED** with respect to all other Petitioners.